IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN MARK BROWN                                                        PLAINTIFF

v.                     Case No. 4:18-cv-00533-KGB-BD

NANCY A. BERRYHILL,
**Acting Commissioner, Social**
**Security Administration**                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 11). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore reverses and remands the administrative law judge's decision with instructions to develop the record as necessary.

It is so ordered this 26th day of August, 2019.

                                                                  _____
                                                                  Kristine G. Baker
                                                                  United States District Judge