# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHN MARK BROWN**                                                       **PLAINTIFF**

v.                     Case No. 4:18-cv-00533-KGB-BD

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration**                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the administrative law judge's decision is reversed, and this case is remanded for further proceedings consistent with this Court's Order.

It is so adjudged this 26th day of August, 2019.

                                                        _____
                                                        Kristine G. Baker
                                                        United States District Judge